1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7       **NORTHERN DISTRICT OF CALIFORNIA**
8          **SAN FRANCISCO DIVISION**
9
10   JOSE ANTONIO AGUILAR          | Case No. 13-cv-00441
     JARAMILLO,
11                                 | **ORDER STAYING PRIOR ORDER;**
           Plaintiff,             | **ORDER TO MEET AND CONFER**
12
           v.                      | Re: Dkt. Nos. 38, 40
13
14   CITY OF SAN MATEO, and others,
15           Defendants.
16
17        In consideration of San Mateo's motion for reconsideration, docket numbers 38 and

18   40, the Court hereby STAYS its October 16, 2013, discovery order until it may be re-heard

19   on November 20, 2013, at 1:00 p.m. in Courtroom A.  Plaintiff may oppose the motion for

20   reconsideration by November 12.  The parties are ordered to meet and confer as to whether

21   they might resolve their discovery dispute without need for re-hearing.  If the re-hearing

22   takes place, the Court will consider whether fee-shifting and sanctions are appropriate given

23   San Mateo's failure to appear on October 9.

24        IT IS SO ORDERED.

25        Date:  November 4, 2013

26
27                              Nathanael M. Cousins
                                United States Magistrate Judge
28

Case No. 13-cv-00441
ORDER STAYING PRIOR ORDER;
ORDER TO MEET AND CONFER