UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN MATEO, and others,<br><br>        Defendants. | Case No. 13-cv-00441<br><br>**ORDER STAYING PRIOR ORDER; ORDER TO MEET AND CONFER**<br><br>Re: Dkt. Nos. 38, 40 |

In consideration of San Mateo's motion for reconsideration, docket numbers 38 and 40, the Court hereby STAYS its October 16, 2013, discovery order until it may be re-heard on November 20, 2013, at 1:00 p.m. in Courtroom A.  Plaintiff may oppose the motion for reconsideration by November 12.  The parties are ordered to meet and confer as to whether they might resolve their discovery dispute without need for re-hearing.  If the re-hearing takes place, the Court will consider whether fee-shifting and sanctions are appropriate given San Mateo's failure to appear on October 9.

IT IS SO ORDERED.

Date: November 4, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-00441
ORDER STAYING PRIOR ORDER;
ORDER TO MEET AND CONFER