1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                         SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SAN MATEO, and others,<br><br>   Defendants. | Case No. 13-cv-00441<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: Dkt. No. 50 |

The parties filed a joint discovery letter brief outlining plaintiff's dispute with the Department of Homeland Security regarding a subpoena requesting documents related to this litigation. Dkt. No. 50. The Court will treat the joint letter brief as a motion to compel compliance with a third party subpoena under Federal Rule of Civil Procedure 45. The Court orders DHS to respond to plaintiff's letter brief by July 14, 2014, in a brief not to exceed seven pages. Plaintiff Jaramillo must reply by July 21, 2014, also in a brief not to exceed seven pages. The Court will hold a hearing on July 30, 2014 at 1:00 p.m. in Courtroom A, 15th Floor.

   IT IS SO ORDERED.

   Date: June 27, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge