UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN MATEO, et al.,<br><br>        Defendants.<br>_____/ | Case No. 3:13-cv-00441 NC<br><br>**ORDER TO FURNISH DAILY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **February 5, 2015**, **at 8:30 a.m.**, for the duration of the trial, and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: January 23, 2015

                                          _____
                                          NATHANAEL COUSINS
                                          United States Magistrate Judge

Case No. 3:13-cv-00441 NC
ORDER FOR REFRESHMENTS