**United States District Court**
For the Northern District of California

*E-Filed: January 26, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO, | No. C13-00441 NC |
| Plaintiff, | **ORDER DENYING DEFENDANTS'** |
| v. | **REQUEST TO APPEAR** |
| | **TELEPHONICALLY AT** |
| CITY OF SAN MATEO; et al., | **SETTLEMENT CONFERENCE** |
| Defendants. | |

A settlement conference is set for January 29, 2015. Defendants request that the Defendant officers be allowed to attend telephonically. Defendants have not demonstrated that the Defendant officers either live and work outside of the Northern District or that their attendance would constitute a severe, demonstrable hardship. Accordingly, their request is denied.

**IT IS SO ORDERED.**

Dated: January 26, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1 | **C13-00441 NC Notice will be electronically mailed to:**

2 | Erica Blachman Hitchings      erica.hitchings@usdoj.gov, sara.winslow@usdoj.gov,
tina.louie@usdoj.gov

3 |

Ethanluke M Lowry      elowry@bfesf.com, lroberts@bfesf.com

4 |

Jeffrey Michael Vucinich      jvucinich@clappmoroney.com, cgomez@clappmoroney.com,
5 | kkadotani@clappmoroney.com

6 | Mark Walter Hostetter      mwhlegal@gmail.com

7 | Nathan Menta Zaslow      nathan@zaslowlaw.com, nathanzaslow@yahoo.com

8 | **Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28