UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00441-NC<br><br>**ORDER RE: SUBPOENA OF DOJ RECORDS** |

This order concerns confidential records that the Court received from the California Department of Justice. Jaramillo had served the DOJ with a Rule 45 subpoena for these documents. To comply with state law provisions, the DOJ's Custodian of Records produced the records directly to the Court.

Jaramillo and defendants may go to the clerk's office and pick up copies of these records tomorrow, January 29, 2015, at 9:00 a.m., or shortly thereafter. These confidential documents are subject to the protective order. Dkt. No. 19.

If Jaramillo or defendants object to this order or the method for obtaining these records, they must file objections and a proposed order by 5:00 p.m. today. The Court will be prepared to discuss the trial use of these documents at the January 29 hearing at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

13-cv-00441-NC