UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AGUILAR JARAMILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN MATEO, MICHAEL LEISHMAN, AND ANTONIO MONTOJO,<br><br>        Defendants. | Case No. 13-cv-00441-NC<br><br>**ORDER RE: VERDICT FORM** |

Jaramillo and defendants must submit a joint or competing proposed verdict forms by Monday, February 2, 2015, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-00441-NC